# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HASSAN ALI HAYWOOD, | No. 3:18-CV-00610 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| CO MARTYNOWICZ, et al., | |
| Defendants. | |

## ORDER

### JANUARY 31, 2019

On January 14, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation,[1] to which no timely objections were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record.[2]

Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge Carlson, ECF No. 38, is **ADOPTED IN ITS ENTIRETY**. All claims against the Monroe County Correctional Facility are **DISMISSED WITH PREJUDICE**. Plaintiff's request for a specific amount of unliquidated damages is **STRICKEN**. Plaintiff's Motion for Summary Judgment, ECF No. 31, is **DENIED WITHOUT PREJUDICE**.

---

[1] ECF No. 38.
[2] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).

The earlier Report and Recommendation, ECF No. 37, is **REJECTED AS MOOT**, and this case is remanded back to Magistrate Judge Martin Carlson for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge