OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

WARDEN GARRY HAIDLE
MONROE COUNTY PRISON
4250 MANOR DRIVE
STROUDSBURG, PA  18360

$1.45 0
US POSTAGE
FIRST-CLASS
062S0008346865
17701

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

$1.45 0
US POSTAGE
FIRST-CLASS
062S0008346865
17701

DEPUTY WARDEN JOSEPH McCOY
MONROE COUNTY PRISON
4250 MANOR DRIVE
STROUDSBURG, PA  18360

OFFICE OF THE CLERK
D STATES DISTRICT COURT
LE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
LLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

$1.45
US POSTAGE
FIRST-CLASS
062S0008346865
17701

C.O. MARTYNOWICZ
MONROE COUNTY PRISON
4250 MANOR DRIVE
STROUDSBURG, PA  18360

OFFICE OF THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS



$1.45
US POSTAGE
FIRST-CLASS
062S0008346865
17701

SGT. ALMOND
MONROE COUNTY PRISON
4250 MANOR DRIVE
STROUDSBURG, PA  18360

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS



$1.45
US POSTAGE
FIRST-CLASS
062S0008346865
17701

DETECTIVE MARIO ORLANDO
SUITE 126
610 MONROE STREET
STROUDSBURG, PA  18360

OFFICE OF THE CLERK
D STATES DISTRICT COURT
LE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
LLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

$1.45
US POSTAGE
FIRST-CLASS
062S0008346865
17701

JAMES C. ROGERS, ASSISTANT DISTRICT ATTORNEY
SUITE 126
610 MONROE STREET
STROUDSBURG, PA  18360