**NEWMAN WILLIAMS**
A PROFESSIONAL CORPORATION

BY: GERARD J. GEIGER, ESQUIRE
IDENTIFICATION NO. PA 44099
LAW OFFICES
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511
(570) 421-9090 (voice)
(570) 424-9739 (fax)
ggeiger@newmanwilliams.com

ATTORNEY FOR: Arkadiasz Martynowicz; Garry Haidle, Gregory Armond, Joseph McCoy, Mario Orlando, Curtis Rogers, Matthew Bernal and Monroe County District Attorney's Office

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DAVID HASSAN ALI HAYWOOD,
Plaintiff,

v.

C.O. MARTYNOWICZ, et. al.
Defendants

No. 3:18-CV-00610

Jury Trial Demanded

Judge Brann

## Defendants' Motion to Dismiss Complaint

Defendants move to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b) (6) for these reasons:

1.   Haywood sues the defendants for prosecuting him for his misconduct while he was an inmate at the Monroe County Correctional Facility.

2.   Haywood fails to state a constitutional claim and cannot amend his complaint to state a claim.

3.      The reasons for dismissal are set forth in the defendants'

supporting brief, filed concurrently with this motion.

WHEREFORE, the defendants ask the court to grant their motion

and dismiss the plaintiff's complaint with prejudice.

NEWMAN | WILLIAMS

By: s/Gerard J. Geiger, Esq.
Attorney ID: PA44099


Date:   June 14, 2019

# Certificate of Service

I hereby certify that on this date, I served a copy of this document upon pro-se plaintiff by first class mail, postage prepaid, addressed as follows:

DAVID HASSAN ALI HAYWOOD
#NM9822
**SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE**
SCI – Benner Township
301 Institution Drive
Bellefonte, PA 16823

**NEWMAN | WILLIAMS**

By: s/Gerard J. Geiger, Esq.
Attorney ID: PA44099

Date:   June 14, 2019