# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HASSAN ALI HAYWOOD, | No. 4:18-CV-00610 |
| Plaintiff. | (Judge Brann) |
| v. | |
| CO MARTYNOWICZ, *et al.*, | |
| Defendants. | |

## ORDER

### FEBRUARY 19, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss, ECF Nos. 64, 66, are **GRANTED**;

2. Plaintiff's second amended complaint, ECF No. 55, is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff shall, within thirty (30) days from the date of this Order, file an amended complaint detailing with specificity his claims against Defendants. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be subject to dismissal with prejudice without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge